# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LEE CARR | § | |
| | § | |
| V. | § | CASE NO. 4:14cv656 |
| | § | (Judge Mazzant) |
| JPMORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 4, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss for Failure to State a Claim (Dkt. #6) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (Dkt. #6) is GRANTED and Plaintiff's case is **DISMISSED** with prejudice.

The Clerk is directed to **CLOSE** this civil action.
**SIGNED this 26th day of January, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE